| Case | Docket | Date | Judge | Disposition |
|------|--------|------|-------|-------------|
| Manzo v. State | 79A02–1607–CR–1703 | 02/16/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Hunter v. State | 69A04–1608–CR–1792 | 02/16/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| J.R. v. State | 49A05–1608–JV–1858 | 02/16/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| P.Y., Matter of | 49A02–1609–JT–2033 | 02/16/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Steak 'n Shake No. 315 v. Smith | 02A03–1604–SC–890 | 02/17/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Davis v. State | 29A02–1607–CR–1620 | 02/17/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| M.L., In re | 91A02–1607–JT–1758 | 02/17/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Gersdorff v. State | 49A02–1608–CR–1785 | 02/17/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Spurlock v. State | 49A05–1609–PC–1976 | 02/17/2017 | RILEY, J.<br><br>CRONE, J.<br>ALTICE, J. | Affirmed in part, reversed in part, and remanded<br>Concurs<br>Concurs |
| Hartsock v. Fulkerson | 62A05–1606–JP–1431 | 02/17/2017 | ALTICE, J.<br>CRONE, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Dissent with opinion |